IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT TERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 2:09-cv-00046<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Pending before the Court is Plaintiff Robert Terry's Motion for Judgment on the Administrative Record (Doc. No. 15) ("Plaintiff's Motion"), as well as Defendant Commissioner of Social Security's Motion for Judgment on the Pleadings (Doc. No. 19) ("Defendant's Motion"), which was accompanied by a Memorandum in Support (Doc. No. 20). Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 21) ("Report") recommending that Plaintiff's Motion should be denied and that the decision of the Commissioner should be affirmed. The Report was filed on February 15, 2011, and fourteen days have passed without the raising of objections.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion, **GRANTS** Defendant's Motion, and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this _7th_ day of March, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT